IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cr-00116-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| STEVEN MCCLAIN JAMERSON | ) | |
| _____ | ) | |

This matter is before the Court for case management purposes.

On June 14, 2024, the "Government's Motion for An Order for Custodian Connie Jamerson to Show Cause Why She Should Not Be Held in Criminal Contempt" (the "Motion to Show Cause," Doc. 39) was filed.

On June 25, 2024, the undersigned entered an order that advised Ms. Jamerson of her rights and set a deadline for filings that pertained to Ms. Jamerson's representation by counsel. Doc. 40.

Subsequently, the Court received and approved an *ex parte* request for the appointment of counsel for Ms. Jamerson and, on July 12, 2024, attorney Eric J. Foster was appointed to represent her.

The Court will now provide Ms. Jamerson with an opportunity to file a response to the Motion to Show Cause. Specifically, Ms. Jamerson's deadline to respond to the Motion to Show Cause is **EXTENDED** through and including **July 19, 2024**.

It is so ordered.

Signed: July 12, 2024

W. Carleton Metcalf
United States Magistrate Judge