IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cr-00116-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| STEVEN MCCLAIN JAMERSON ) | |
| ) | |

This matter is before the Court on the "Government's Motion for An Order for Custodian Connie Jamerson to Show Cause Why She Should Not Be Held in Criminal Contempt" (the "Motion," Doc. 39). Specifically, the Government seeks an order requiring Connie Jamerson to show cause why she should not be held in indirect criminal contempt pursuant to 18 U.S.C. § 401 for violating her obligations as Defendant's third-party custodian.[1]

Under these circumstances and pursuant to 28 U.S.C. § 636(e)(6)(B), the undersigned will certify relevant facts to the presiding District Judge and will determine whether an order should be issued requiring Ms. Jamerson to appear before the District Judge to show cause why she should not be adjudged in contempt by reason of the facts so certified.

---

[1] Defendant was released on conditions and Ms. Jamerson was appointed as Defendant's third-party custodian on November 22, 2023. Doc. 29.

1

To that end, the undersigned will conduct an evidentiary hearing during which the parties will be given an opportunity to present evidence and argument relative to the Motion.

Accordingly, the Clerk is **RESPECTFULLY DIRECTED** to schedule an evidentiary hearing for this purpose.

It is so ordered.

Signed: September 19, 2024

W. Carleton Metcalf
United States Magistrate Judge