THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00116-MR-WCM

| | |
|---|---|
| IN RE: CONNIE JAMERSON, ) | |
| ) | |
| Third Party Custodian ) | |
| of Steven McClain ) | |
| Jamerson, ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | **J U D G M E N T** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| STEVEN McCLAIN JAMERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came for a show cause hearing pursuant to Rule 42 of the Federal Rules of Criminal Procedure and was heard by the undersigned judge without a jury on January 16, 2025.

Based on the evidence presented by the parties and the arguments of counsel, and for the reasons as stated in open court, the Court hereby finds Connie Jamerson **GUILTY** of indirect criminal contempt, and she is hereby committed to the custody of the United States Marshals to be imprisoned for a term of **THREE (3) DAYS**.

Pursuant to 18 U.S.C. § 1343(b), Ms. Jamerson is hereby released on her own recognizance pending appeal, a Notice of Appeal already having been filed in this case. Upon conclusion of her appeal, Ms. Jamerson shall surrender for service of her sentence as notified by the United States Marshal.

Signed: January 16, 2025

Martin Reidinger
Chief United States District Judge