# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 01/16/25 | District: Western District of North Carolina | District Case No.: 1:21-cr-00116-MR-WCM-1 |
|---|---|---|
| ✓ First NOA in Case | | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party | Division: Asheville | |
| ___ Subsequent NOA-new party | | |
| ___ Subsequent NOA-cross appeal | Caption: USA v. Jamerson | 4CCA Case Manager: |
| ___ Paper ROA ___ Paper Supp. Vols: _____ Other: . | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| Confinement-Criminal Case: | Fee Status: |
|---|---|
| ___ Death row-use DP Transmittal | ✓ No fee required (USA appeal)  ___ Appeal fees paid in full  ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ___ In custody | ✓ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address-Criminal Case:** N/A | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** Chief Judge Martin Reidinger | **PLRA Cases:** |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): Digital Court Recorder Deborah Cohen-Rojas Michelle McGirr | **Sealed Status** (check all that apply): |
| | ✓ Portions of record under seal |
| | ___ Entire record under seal |
| | ___ Party names under seal |
| **Coordinator:** Tammy Hightower | ___ Docket under seal |

| Record Status for Pro Se Appeals (check any applicable): | Record Status for Counseled Appeals (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request | ✓ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ✓ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Hailey Shade     Phone: 828-771-7219     Date: 01/29/25

10/2022